

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

March 12, 2023

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>Bassaw v. Corner Furniture Discount Center, Inc.</u>
             *Case No. 23-cv-559 (JPC) (GWG)*

Dear Judge Cronan:

      We represent defendant Corner Furniture Discount Center, Inc., in the above-referenced matter, and we write with the gracious consent of plaintiff's counsel to request for the first time that the April 12, at 1:30 p.m., telephonic initial conference be adjourned (as well as the deadline for filing the pre-conference joint letter and proposed case management plan).  The reason for our request is that our office will be closed on April 6, 7, 12, and 13 in observance of Passover.  No other dates will be affected if our request is granted.

      We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions.

                                        Respectfully submitted,

                                        David Stein

cc:  William Downes, Esq. (via ECF)

The request is granted. The initial pre-trial conference currently scheduled for April 12, 2023 at 1:30 p.m. is adjourned until April 19, 2023 at 10:30 a.m.

SO ORDERED
Date: March 13, 2023          _____
New York, New York          JOHN P. CRONAN
                                   United States District Judge